**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Dayna L. Haynes,<br><br>Debtor. | Case No. 18-14980-pmm<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Reinstate Case**

**AND NOW**, upon consideration of the Debtor's Motion to Reinstate Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. The Court's order dated September 27, 2023 (ECF No. 95) is **VACATED**.
3. The above-captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

Date: **November 30, 2023**

_/Patricia M. Mayer/_
Patricia M. Mayer
U.S. Bankruptcy Judge