United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14980-pmm |
| Dana L. Haynes | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 30, 2023 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dana L. Haynes, 5729 N. 17th Street, Philadelphia, PA 19141-1714 |
| 14172492 | + | Acct Recov, 555 Van Reed Rd, Wyomissing, PA 19610-1756 |
| 14172502 | + | DAWN JOHNSON, 5729 N. 17th Street, Philadelphia, Pa 19141-1714 |
| 14172506 | + | James Zwolak, Esq., Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102-1504 |
| 14172507 | + | John Taulane, Esquire, 101 Greenwood Avenue, Suite 420, Jenkintown, PA 19046-2603 |
| 14172508 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14172512 | + | Rjm Acq Llc, 575 Underhill Blvd Ste 2, Syosset, NY 11791-3426 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 01 2023 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 01 2023 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Dec 01 2023 00:34:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14172493 | | Email/Text: tropiann@einstein.edu | Dec 01 2023 00:34:00 | Albert Einstein Medical Center, 5501 Old York Road, Paley Building 2nd Floor, Philadelphia PA 19141-3018 |
| 14172496 | | Email/Text: megan.harper@phila.gov | Dec 01 2023 00:34:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14172497 | | Email/Text: megan.harper@phila.gov | Dec 01 2023 00:34:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14172500 | | Email/Text: megan.harper@phila.gov | Dec 01 2023 00:34:00 | City of Philadelphia Law Dept., Attn: Bkcy. Dept., 1515 Arch Street, 15th Floor, Philadelphia, PA 19102 |
| 14172499 | | Email/Text: megan.harper@phila.gov | Dec 01 2023 00:34:00 | City of Philadelphia Law Dept., Real Estate Taxes, 1515 Arch Street 15th Floor, Philadelphia, PA 19102 |
| 14201029 | + | Email/Text: megan.harper@phila.gov | Dec 01 2023 00:34:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14172495 | + | Email/Text: ecf@ccpclaw.com | Dec 01 2023 00:33:00 | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

Case 18-14980-pmm    Doc 104    Filed 12/02/23    Entered 12/03/23 00:32:43    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 30, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14172494 | + | Email/Text: ecf@ccpclaw.com | Dec 01 2023 00:33:00 | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102, ccpc@ccpclaw.com 19102-3518 |
| 14172498 | + | Email/Text: bankruptcy@philapark.org | Dec 01 2023 00:34:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14172501 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 01 2023 00:34:00 | Credit Coll, Po Box 9133, Needham, MA 02494-9133 |
| 14172503 | | Email/Text: bankruptcycourts@equifax.com | Dec 01 2023 00:34:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14172504 | ^ | MEBN | Dec 01 2023 00:28:12 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14172505 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 01 2023 00:34:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14172510 | ^ | MEBN | Dec 01 2023 00:28:17 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14172509 | | Email/Text: bankruptcygroup@peco-energy.com | Dec 01 2023 00:34:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14172511 | + | Email/Text: bankruptcy@philapark.org | Dec 01 2023 00:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14172513 | + | Email/Text: customerservice@rfgionline.com | Dec 01 2023 00:34:00 | Rozlin Financial Group, 1628 Dekalb Ave, Sycamore, IL 60178-2706 |
| 14172514 | + | Email/Text: bankruptcy@sw-credit.com | Dec 01 2023 00:34:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14172515 | | Email/Text: DASPUBREC@transunion.com | Dec 01 2023 00:33:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14172516 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 01 2023 00:33:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14172517 | | Email/Text: eforbes@ph13trustee.com | Dec 01 2023 00:34:00 | William C. Miller, Esquire, Chapter 13 Trustee, P.O. Box 40119, Philadelphia, PA 19106-0119 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Dec 02, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 30, 2023 | Form ID: pdf900 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Dana L. Haynes mail@cibiklaw.com  cibiklawpc@jubileebk.net;cibiklaw@recap.email |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Dayna L. Haynes,<br><br>Debtor. | Case No. 18-14980-pmm<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Reinstate Case**

**AND NOW**, upon consideration of the Debtor's Motion to Reinstate Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. The Court's order dated September 27, 2023 (ECF No. 95) is **VACATED**.
3. The above-captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

Date: **November 30, 2023**

*Patricia M. Mayer*
_____
Patricia M. Mayer
U.S. Bankruptcy Judge