United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-14980-pmm

Dana L. Haynes     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Aug 06, 2024     Form ID: pdf900     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dana L. Haynes, 5729 N. 17th Street, Philadelphia, PA 19141-1714 |
| 14172492 | + | Acct Recov, 555 Van Reed Rd, Wyomissing, PA 19610-1756 |
| 14172502 | #+ | DAWN JOHNSON, 5729 N. 17th Street, Philadelphia, Pa 19141-1714 |
| 14172506 | + | James Zwolak, Esq., Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102-1504 |
| 14172507 | + | John Taulane, Esquire, 101 Greenwood Avenue, Suite 420, Jenkintown, PA 19046-2603 |
| 14172508 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14172512 | + | Rjm Acq Llc, 575 Underhill Blvd Ste 2, Syosset, NY 11791-3426 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 07 2024 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 07 2024 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: megan.harper@phila.gov | Aug 07 2024 00:16:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14172493 | Email/Text: tropiann@einstein.edu | Aug 07 2024 00:15:00 | Albert Einstein Medical Center, 5501 Old York Road, Paley Building 2nd Floor, Philadelphia PA 19141-3018 |
| 14172496 | Email/Text: megan.harper@phila.gov | Aug 07 2024 00:16:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14172497 | Email/Text: megan.harper@phila.gov | Aug 07 2024 00:16:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14172500 | Email/Text: megan.harper@phila.gov | Aug 07 2024 00:16:00 | City of Philadelphia Law Dept., Attn: Bkcy. Dept., 1515 Arch Street, 15th Floor, Philadelphia, PA 19102 |
| 14172499 | Email/Text: megan.harper@phila.gov | Aug 07 2024 00:16:00 | City of Philadelphia Law Dept., Real Estate Taxes, 1515 Arch Street 15th Floor, Philadelphia, PA 19102 |
| 14201029 | + Email/Text: megan.harper@phila.gov | Aug 07 2024 00:16:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2024 | Form ID: pdf900 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 14172495 | + | Email/Text: ecf@ccpclaw.com | Aug 07 2024 00:15:00 | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14172494 | + | Email/Text: ecf@ccpclaw.com | Aug 07 2024 00:15:00 | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102, ccpc@ccpclaw.com 19102-3518 |
| 14172498 | + | Email/Text: bankruptcy@philapark.org | Aug 07 2024 00:16:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14172501 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 07 2024 00:16:16 | Credit Coll, Po Box 9133, Needham, MA 02494-9133 |
| 14172503 | | Email/Text: bankruptcycourts@equifax.com | Aug 07 2024 00:15:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14172504 | ^ | MEBN | Aug 07 2024 00:07:28 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14172505 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 07 2024 00:15:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14172510 | ^ | MEBN | Aug 07 2024 00:07:32 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14172509 | | Email/Text: bankruptcygroup@peco-energy.com | Aug 07 2024 00:15:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14172511 | + | Email/Text: bankruptcy@philapark.org | Aug 07 2024 00:16:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14172513 | + | Email/Text: customerservice@rfgionline.com | Aug 07 2024 00:16:00 | Rozlin Financial Group, 1628 Dekalb Ave, Sycamore, IL 60178-2706 |
| 14172514 | + | Email/Text: bankruptcy@sw-credit.com | Aug 07 2024 00:15:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14172515 | | Email/Text: DASPUBREC@transunion.com | Aug 07 2024 00:15:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14172516 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 07 2024 00:15:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14172517 | | Email/Text: eforbes@ph13trustee.com | Aug 07 2024 00:15:00 | William C. Miller, Esquire, Chapter 13 Trustee, P.O. Box 40119, Philadelphia, PA 19106-0119 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2024         Signature:        /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2024 | Form ID: pdf900 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Dana L. Haynes help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    DANA L HAYNES<br><br>                   Debtor | Chapter 13<br><br>Bankruptcy No. 18-14980-PMM |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

*Patricia M. Mayer*

**Date: August 6, 2024**    Honorable Patricia M. Mayer
Bankruptcy Judge